154 So. 604

## TURNER TERMINAL CO. v. STATE.
### I Div. 820.

Supreme Court of Alabama.
May 10, 1934.

Inge, Stallworth & Inge, of Mobile, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., opposed.

BOULDIN, Justice.

Petition of the Turner Terminal Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Turner Terminal Co. v. State, 154 So. 602.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.